**08CR 0122**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
2-11-08
FEB 11 2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR |
| | ) | |
| v. | ) | Hon. Maria Valdez |
| | ) | U.S. Magistrate Judge |
| BARRY WARE, *et al.* | ) | |

MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT & AFFIDAVIT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court seal the criminal Complaint and Affidavit in this matter.

The public filing of the Complaint and Affidavit in this matter before the Arrest Warrants can be executed could alert the defendants and result in their flight. For this reason, the government respectfully requests that the Complaint and Affidavit, as well as this Motion to Seal, be sealed until February 12, 2008 at 10:00 a.m., or until the government's motion to unseal the materials, whichever comes first.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Terra L. Brown
TERRA L. BROWN
Assistant U.S. Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-3148

Dated: February 11, 2008