# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - ALL | **DATE** | 2/11/2008 |
| **CASE TITLE** | USA vs. Barry Ware, et al | | |

**DOCKET ENTRY TEXT**

ARREST WARRANT issued to Barry Ware (1), Gregorio Rodriguez (2), Gary McDonald (3), Devon Tyler (4), Gerald Lindsey (5), Kevin Waddell (6), Terry Peten (7), Melvin Holmes (8), Jermaine McCann (9), Bobby Mitchell (10) and Laquinta Moffett (11). SEIZURE WARRANT issued as to One 2006 Dodge Charger Vin: 2B3KA53H16H178557, One 2000 Buick Park Avenue Vin: 1G4CW52K2Y4166784, One 2004 Honda Pilot Vin: 2HKYF186X4H570483, One 2007 Dodge Caliber Vin: 1B3HB28B77D239919 and One 1997 Lexus Vin: JT8BF22G0V0033843. Enter Order granting Government's Motion to seal complaint and affidavit until 2/12/08 at 10:00 a.m. or until government's motion to unseal the materials, whichever comes first.

■ [ For further detail see separate order(s).]      Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|

U.S. DISTRICT COURT
2008 FEB 14 AM 11:43