UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR **08CR 0122** |
| | ) | |
| v. | ) | Hon. Maria Valdez |
| | ) | U.S. Magistrate Judge |
| BARRY WARE, *et al.* | ) | |

### ORDER

It is hereby ORDERED that the Criminal Complaint and Affidavit, all dated February 11, 2008, are hereby SEALED until and including February 12, 2008 at 10:00 a.m., or until the government's motion to unseal the materials, whichever comes first.

ENTER:

_____
MARIA VALDEZ
U.S. Magistrate Judge

Dated: February 11, 2008