## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - ALL | **DATE** | 2/15/2008 |
| **CASE TITLE** | USA vs. Barry Ware, et al | | |

**DOCKET ENTRY TEXT**

Government's oral motion for an order directing that certain materials be disclosed to the defense pursuant to a protective order is granted. Government shall submit order by 2/22/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|