Order Form (01/2005)

*MHW*

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 1 | **DATE** | 2/19/2008 |
| **CASE TITLE** | | USA vs. Barry Ware | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 2/19/08 as to Barry Ware (1).   Defendant appears pursuant to surrender on 2/15/08.  Stanley L. Hill is granted leave to file appearance of counsel for defendant. Government's oral  motion to detain the defendant pending trial is entered and continued to 2/22/08 at 1:45 p.m.  Preliminary examination set for 2/28/08 at 10:00 a.m.

*Docketing to mail notices.*

00:05

| | Courtroom Deputy Initials: | yp |
|---|---|---|