UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

United States v. Barry Ware, et al. 08CR122

In the Matter of                                    Case

United States
    v.
Barry Ware                                         08CR122-1

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Barry Ware

FILED
2-19-08
FEB 19 2008
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

| SIGNATURE | |
|---|---|
| s/ Stanley L. Hill | |
| FIRM | |
| Stanley L. Hill and Associates, P.C. | |
| STREET ADDRESS | |
| 651 W. Washington, Suite 205 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| | (312) 917-8888 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☑ | |