# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - ALL | **DATE** | 2/25/2008 |
| **CASE TITLE** | USA vs. Barry Ware, et al., | | |

**DOCKET ENTRY TEXT**

Enter Order directing that certain materials be disclosed to the defense pursuant to a protective order

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|