# United States District Court

## NORTHERN DISTRICT OF ILLINOIS

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

**One 1997 Lexus**
**VIN: JT8BF22G0V0033843**

**08CR 0122**

**SEIZURE WARRANT**

CASE NUMBER:

TO: __Jeremy Resar__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Jeremy Resar__ who has reason to believe that in the
                                                                          Affiant

NORTHERN DISTRICT OF ILLINOIS there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

**One 1997 Lexus**
**VIN: JT8BF22G0V0033843**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime — 6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to Michael T. Mason, U.S. Magistrate Judge as required by law.

__February 11, 2008__   3:16 p.m.                       at   __Chicago, Illinois__
Date and Time Issued                                              City and State

**F I L E D**

FEB 2 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Maria Valdez**
**United States Magistrate Judge**                      at   _/s/ Maria Valdez_
Name and Title of Judicial Officer                                Signature of Judicial Officer