## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 1 | **DATE** | 2/28/2008 |
| **CASE TITLE** | USA vs. Barry Ware | | |

**DOCKET ENTRY TEXT**

Preliminary Examination held on 2/28/2008 as to Barry Ware (1). Defendant waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings. Defendant's Motion to continue detention hearing is granted to 3/5/08 at 10:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | yp |
|---|---|---|