## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 1 | **DATE** | 3/5/2008 |
| **CASE TITLE** | USA vs. Barry Ware | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 3/5/2008 as to Barry Ware (1). Defendant's oral motion to continue detention hearing is granted to 3/11/08 at 10:00 a.m. Defendant to remain in custody pending detention hearing.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | yp |
|---|---|---|