UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | No. | 08 CR 122 |
| | ) | | 08 CR 123 |
| | ) | | 07 GJ 52 |
| v. | ) | | |
| | ) | | |
| | ) | Hon. Rebecca Pallmeyer | |
| BARRY WARE, *et al*. | ) | Acting Chief Judge | |

## NOTICE OF MOTION

Please take notice that on at 8:45 a.m. on March 12, 2008, I shall appear before Acting Chief Judge Rebecca Pallmeyer and present the attached Government's First Motion for an Extension of Time to Return Indictment Pursuant to 18 U.S.C. § 3161(h), a copy of which is hereby served on you.

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**GOVERNMENT'S FIRST MOTION FOR AN EXTENSION OF TIME**

was served pursuant to the district court's ECF system.

By: /s/ Terra L. Brown
TERRA L. BROWN
Assistant United States Attorney
U.S. Attorney's Office
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 353-3148