## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 1-11 | **DATE** | 3/12/2008 |
| **CASE TITLE** | USA vs. Barry Ware, et al | | |

**DOCKET ENTRY TEXT**

[Defendants #1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11]
Government's first motion for an extension of time to return indictment pursuant to 18 U.S.C. § 3161(h) [80] granted to and including 4/11/2008. Order excludable time to begin pursuant to 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|