UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                                      Case No.: 1:08−cr−00122
                                                                     Honorable Maria Valdez

Barry Ware, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable Maria Valdez: Detention hearing as to Barry Ware held on 3/20/2008. For the reasons stated in open court, Government's oral motion for detention is denied as to Barry Ware(1). Defendant shall be release on a $100,000.00 bond secured by property with 3rd party custodian of Mr. MC Ware and the conditions outlined in the Pretrial Service Report. Counsel shall jointly contact Yolanda Pagan at 312/408−5135 to set a bond hearing. Defendant shall remain in custody pending bond hearing. Mailed notice (yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.