Case 1:08-cr-00122   Document 100   Filed 04/08/2008   Page 1 of 1



**FILED**

APR 0 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Felony NF*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

**JUDGE LEINENWEBER**

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**MAGISTRATE JUDGE VALDEZ**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  NO ☐   YES X   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   08 CR 122, U.S. v. Ware et al.   *Valdez*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   **FELONY X**   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☐   YES X

8) Does this indictment or information include a conspiracy count?   NO X   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............. (II)
   ☐ Criminal Antitrust ...... (II)
   ☐ Bank robbery ......... (II)
   ☐ Post Office Robbery .... (II)
   ☐ Other Robbery ........ (II)
   ☐ Assault .............. (III)
   ☐ Burglary ............. (IV)
   ☐ Larceny and Theft ..... (IV)
   ☐ Postal Embezzlement .... (IV)
   ☐ Other Embezzlement .... (III)

   ☐ Income Tax Fraud .......... (II)
   ☐ Postal Fraud .......... (II)
   ☐ Other Fraud .......... (III)
   ☐ Auto Theft .......... (IV)
   ☐ Transporting Forged Securities . (III)
   ☐ Forgery .......... (III)
   ☐ Counterfeiting .......... (III)
   ☐ Sex Offenses .......... (II)
   ☐ DAPCA Marijuana ........ (III)
   ☒ DAPCA Narcotics ......... (III)

   ☐ DAPCA Controlled Substances ... (III)
   ☐ Miscellaneous General Offenses ... (IV)
   ☐ Immigration Laws ........... (IV)
   ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Food & Drug Laws ......... (IV)
   ☐ Motor Carrier Act ........... (IV)
   ☐ Selective Service Act ......... (IV)
   ☐ Obscene Mail ............. (III)
   ☐ Other Federal Statutes ........ (III)
   ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.
    Title 21, USC § 846; and Title 18, USC § 2

TERRA L. BROWN
TINOS DIAMANTATOS
Assistant United States Attorney

(Revised 12/99)