Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge If Other Than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| CASE NUMBER | 08' CR 0122 | DATE | APRIL 8, 2008 |
| CASE TITLE | US v. BARRY WARE, et al (SEE ATTACHED) | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g. plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

#### SPECIAL FEBRUARY 2008-1

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge _____

JUDGE LEINENWEBER

Docket Entry:

**MAGISTRATE JUDGE VALDEZ**

NO BOND SET, DETAINED BY MAGISTRATE AS TO BARRY WARE, GARY McDONALD, DEVON TYLER, TERRY PETTEN, MELVIN HOLMES, BOBBY MITCHELL, AND HOWARD BLANKENSHIP. BOND SET BY MAGISTRATE TO STAND IN THIS INSTANCE AS TO GREGORIO RODRIGUEZ, KEVIN WADDELL, GERALD LINDSEY, JERMAINE McCANN AND LaQUINTA MOFFETT. TO ISSUE BENCH WARRANT AND SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO LINNEA MASSEY.

**FILED**
APR 0 8 2008 NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | | Number of notices |
| No notices required. | | | Date docketed |
| Notices mailed by judge's staff. | | | Docketing |
| Notified counsel by telephone. | | | dpty. initials |
| Docketing to mail notices | | | Date mailed notice |
| Mail AO 450 form. | | | |
| Copy to judge/magistrate judge. | | | Mailing dpty. initials |
| Courtroom Deputy initials | Date/time received in Central Clerk's office | | DOCKET # |

UNITED STATES OF AMERICA )
)
v. )
)
BARRY WARE, )
    aka "B", "Buckethead", "Beanhead", )
    "Sweet Nuts", and Penelope; )
GREGORIO RODRIGUEZ, )
    aka "George"; )
GARY McDONALD, )
    aka "Worm"; )
DEVON TYLER, )
    aka "D"; )
GERALD LINDSEY, )
    aka "Worm"; )
KEVIN WADDELL, )
    aka "KK", "Benny", and "Soda Pop";)
TERRY PETEN, )
    aka "T" and "Marv"; )
MELVIN HOLMES; )
JERMAINE McCANN; )
BOBBY MITCHELL, )
    aka "Mitch"; )
LAQUINTA MOFFETT, )
    aka "LuLu", "Big Girl", )
    and "Quinta"; )
HOWARD BLANKENSHIP, )
    aka "Fats", and )
LINNEA MASSEY, )
    aka "Nay Nay" )