# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 1-6, 9-12 | **DATE** | 4/15/2008 |
| **CASE TITLE** | USA vs. Wear, et al | | |

**DOCKET ENTRY TEXT**

Arraignment held on 4/15/08 as to defendants Barry Ware (1), Gregorio Rodriguez (2), Gary McDonald (3), Devon Tyler (4), Gerald Lindsey (5), Kevin Waddell (6), Jermaine McCann (9), Bobby Mitchell (10), LaQuinta Moffett (11) and Howard Blankenship (12). Defendants waives formal reading of the indictment. Defendants enters plea of not guilty as charged in the indictment. Rule 16.1(a) conference to be completed by 4/22/08. Pretrial motions to be filed by 5/6/08. Response to be filed by 5/13/08. Status Hearing set before Judge Leinenweber on 5/13/08 at 9:00 a.m. Government's oral motion to exclude time is granted. Enter excludable time from 4/15/08 to 5/13/08 pursuant to 18:3161(h)(1)(F). (X-E)

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:07

| | Courtroom Deputy Initials: | yp |
|---|---|---|