**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CR 00122 |
| | ) | Judge Harry D. Leinenweber |
| v. | ) | |
| | ) | |
| **BARRY WARE,** | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT, BARRY WARE'S MOTION
## FOR PRETRIAL PRODUCTION OF JENCKS ACT MATERIAL

NOW COMES the Defendant, BARRY WARE (hereinafter, "defendant"), by and through his attorneys, STANLEY L. HILL, and respectfully moves this Honorable Court for an order for pretrial production of Government's witnesses' statements as required under the Jencks Act, and pursuant to Jencks v. United States, 353 U.S. 657 (1957).

Respectfully submitted,

/s/ Stanley L. Hill

Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W.  www.stanhilllaw.com