**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | **No. 08 CR 00122** |
| | ) | **Judge Harry D. Leinenweber** |
| **v.** | ) | |
| | ) | |
| **BARRY WARE,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**DEFENDANT, BARRY WARE'S MOTION TO REQUIRE GOVERNMENT TO**
**MAKE A SANTIAGO PROFFER STATEMENT**

NOW COMES the defendant, BARRY WARE (hereinafter, "defendant"), by and

through his attorney, STANLEY L. HILL, and respectfully moves this Honorable Court

for an order directing that the government be required to make a Santiago Proffer

Statement prior to permitting any hearsay testimony to be used against defendant and/or

any co-defendant[s].

Respectfully submitted,

/s/ Stanley L. Hill

Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W. *www.stanhilllaw.com*