UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CR 00122 |
| | ) | Judge Harry D. Leinenweber |
| v. | ) | |
| | ) | |
| BARRY WARE, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT, BARRY WARE'S MOTION FOR
DISCOVERY AND PRESERVATION OF AGENTS' NOTES**

NOW COMES the defendant, BARRY WARE (hereinafter, "defendant"), by and through his attorney, STANLEY L. HILL, and respectfully moves this Honorable Court for an order requiring the government to preserve all notes, rough notes, logs, and memoranda prepared by, or at the request of, the government's agent's and/or attorneys.

Respectfully submitted,

/s/ Stanley L. Hill

Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W. www.stanhilllaw.com