**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CR 00122 |
| | ) | Judge Harry D. Leinenweber |
| v. | ) | |
| | ) | |
| **BARRY WARE,** | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT, BARRY WARE'S MOTION**
**FOR PRODUCTION OF INFORMANTS**

NOW COMES the defendant, BARRY WARE (hereinafter, "defendant"), by and through his attorney, STANLEY L. HILL, and respectfully moves this Honorable Court for an order requiring the government to produce all informants utilized in the investigation of this case for interview by defense counsel on behalf of defendant.

Respectfully submitted,

/s/ Stanley L. Hill

Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W.  www.stanhilllaw.com