**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 08 CR 00122 |
| ) | Judge Harry D. Leinenweber |
| v. ) | |
| ) | |
| BARRY WARE, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT, BARRY WARE'S MOTION FOR BILL OF PARTICULARS

NOW COMES the defendant, BARRY WARE (hereinafter, "defendant"), by and through his attorney, STANLEY L. HILL, and respectfully moves this Honorable Court for an order requiring the government to file a Bill of Particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure as to the counts charged in the indictment against defendant.

Respectfully submitted,

/s/ Stanley L. Hill

Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W.  www.stanhilllaw.com