UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 08 CR 00122 |
| ) | Judge Harry D. Leinenweber |
| v. ) | |
| ) | |
| BARRY WARE, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT, BARRY WARE'S MOTION
## FOR PRETRIAL LIST OF WITNESSES

NOW COMES the defendant, BARRY WARE (hereinafter, "the defendant"), by and through his attorneys, STANLEY L. HILL, and respectfully moves this Honorable Court for an order requiring the Government to furnish to defendant's counsel the names and addresses of all witnesses that the Government intends to call at trial, and the names and addresses of all witnesses that the Government does not intend to call at trial in order to avoid surprises and to assure defendant's rights to confrontation and cross-examination.

Respectfully submitted,

/s/ Stanley L. Hill

Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W.  www.stanhilllaw.com