## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 08 CR 00122 |
| ) | Judge Harry D. Leinenweber |
| v. ) | |
| ) | |
| BARRY WARE, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT, BARRY WARE'S MOTION TO REQUIRE GOVERNMENT TO GIVE IMMEDIATE NOTICE OF ITS INTENTION TO USE EVIDENCE OF OTHER CRIMES

NOW COMES the defendant, BARRY WARE (hereinafter, "defendant"), by and through his attorney, STANLEY L. HILL, and respectfully moves this Honorable Court for an order requiring the government to give immediate notice of its intention to use evidence of other crimes, wrongs, and/or bad acts, pursuant to Rule 404(B).

Respectfully submitted,

/s/ Stanley L. Hill

Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W.  www.stanhilllaw.com