UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| )   | |
| Plaintiff,     )  | No. 08 CR 00122 |
| )   | Judge Harry D. Leinenweber |
| v.                                                     ) | |
| )   | |
| BARRY WARE,                                  ) | |
| )   | |
| Defendant.   ) | |

**DEFENDANT, BARRY WARE'S MOTION FOR DISCLOSURE OF GRAND JURY PROCEEDINGS**

NOW COMES the defendant, BARRY WARE (hereinafter, "defendant"), by and through his attorney, STANLEY L. HILL, and respectfully moves this Honorable Court for an order directing the government to disclose and provide counsel for defendant grand jury transcripts pursuant to Rule 6(e)(3)(c) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

/s/ Stanley L. Hill

Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W.  www.stanhilllaw.com