**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| )    | |
| Plaintiff,    ) | No. 08 CR 00122 |
| )    | Judge Harry D. Leinenweber |
| v.        ) | |
| )    | |
| BARRY WARE,        ) | |
| )    | |
| Defendant.    ) | |

**DEFENDANT, BARRY WARE'S MOTION COMPELLING IMMEDIATE DISCLOSURE OF EXISTENCE AND SUBSTANCE OF PROMISES OF IMMUNITY, LENIENCY, OR PREFERENTIAL TREATMENT**

NOW COMES the defendant, BARRY WARE (hereinafter, "defendant"), by and through his attorney, STANLEY L. HILL, and respectfully moves this Honorable Court for an order compelling the government to immediately disclose the existence and substance of immunity, leniency, or preferential treatment.

Respectfully submitted,

/s/ Stanley L. Hill

Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W.  *www.stanhilllaw.com*