UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>        Plaintiff, )<br>    )<br>v. )<br>    )<br>BARRY WARE, )<br>    )<br>        Defendant. ) | No. 08 CR 00122<br>Judge Harry D. Leinenweber |

**DEFENDANT, BARRY WARE'S MOTION RESERVING THE RIGHT TO FILE SUPPORTING MEMORANDUMS AND/OR ADDITIONAL MOTIONS**

NOW COMES the defendant, BARRY WARE (hereinafter, "defendant"), by and through his attorney, STANLEY L. HILL, and respectfully moves this Honorable Court for an order reserving the right of defendant to file supporting memorandums and to file additional motions.

Respectfully submitted,

/s/ Stanley L. Hill

Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W.  www.stanhilllaw.com