UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 08 CR 00122 |
| ) | Judge Harry D. Leinenweber |
| v. ) | |
| ) | |
| BARRY WARE, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT, BARRY WARE'S MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS

NOW COMES the defendant, BARRY WARE (hereinafter, "defendant"), by and through his attorney, STANLEY L. HILL, and respectfully requests that this Honorable Court permit defendant to adopt the motions of co-defendants unless explicitly disavowed by defendant.

Respectfully submitted,

/s/ Stanley L. Hill

Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W.  www.stanhilllaw.com