UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>            Plaintiff,           )<br>                               )<br>v.                             )<br>                               )<br>BARRY WARE,                    )<br>                               )<br>            Defendant.         ) | No. 08 CR 00122<br>Judge Harry D. Leinenweber |

### DEFENDANT, BARRY WARE'S MOTION FOR EARLY RETURN ON TRIAL SUBPOENAS AND ISSUANCE THEREOF IN FORMA PAUPERIS

NOW COMES the defendant, BARRY WARE (hereinafter, "defendant"), by and through his attorney, STANLEY L. HILL, and respectfully moves this Honorable Court for an order requiring an early return on trial subpoenas and issuance thereof in forma pauperis.

Respectfully submitted,

/s/ Stanley L. Hill

Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T. 312.917.8888
F. 312.781.9401
E. stanhill@core.com
W. www.stanhilllaw.com