UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                            )<br>                     Plaintiff,    )<br>                                                            )<br>v.                                                       )<br>                                                            )<br>BARRY WARE,                              )<br>                                                            )<br>                     Defendant.   ) | No. 08 CR 00122<br><br>Judge Harry D. Leinenweber |

### DEFENDANT, BARRY WARE'S PETITION FOR INTERIM FEES

NOW COMES the Defendant, BARRY WARE (hereinafter, "defendant"), by and through his attorney, STANLEY L. HILL, and pursuant to the provisions of the Criminal Justice Act, respectfully moves this Honorable Court for entry of an order to permit interim payments to defense counsels because of the hours already invested in undertaking representation of defendant, the expected complexity and length of hearings and trial in this cause, and the anticipated hardship on counsels in undertaking representation without compensation. Defendant respectfully requests this Honorable Court to enter the proposed Order Approving Interim Payments.

                                                                    Respectfully Submitted,

                                                                    /s/ Stanley L. Hill

Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W.  www.stanhilllaw.com