UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CR 00122 |
| | ) | Judge Harry D. Leinenweber |
| v. | ) | |
| | ) | |
| **BARRY WARE,** | ) | |
| | ) | |
| Defendant. | ) | |

**TO:**   Terra Brown
Tinos Diamantatos
Assistant U.S. Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois  60604

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on May 2, 2008, I caused to be filed with the

Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division,

**DEFENDANT, BARRY WARE'S:**

1. Motion for Disclosure of Impeaching and Otherwise Exculpatory Information & Evidence;
2. Motion for Pretrial Production of Jencks Act Material;
3. Motion to Require Government to Make a Santiago Proffer Statement;
4. Motion for Discovery and Preservation of Agents' Notes;
5. Motion for Production of Informants;
6. Motion for Bill of Particulars;
7. Motion for Pretrial List of Witnesses;
8. Motion to Require Government to Give Immediate Notice of Its Intention to Use Evidence of Other Crimes;
9. Motion for Disclosure of Grand Jury Proceedings;
10. Motion Compelling Immediate Disclosure of Existence and Substance of Promises of Immunity, Leniency, or Preferential Treatment;
11. Motion Reserving the Right to File Supporting Memorandums and/or Additional Motions;
12. Motion for Continuing Disclosure of Favorable Evidence;
13. Motion for an Order Requiring Disclosure of Expert Testimony;

14. Motion to Adopt Motions of Co-Defendants;
15. Motion for Early Return on Trial Subpoenas and Issuance Thereof in Forma Pauperis;
16. Petition for Interim Fees,

copies of which are attached hereto and hereby served upon you.

/s/Yelena A. Dolgosheeva

## CERTIFICATE OF SERVICE

I, **Yelena A. Dolgosheeva,** an attorney, certify that I caused a copy of the foregoing **NOTICE OF FILING** and the above-captioned pretrial motions of **DEFENDANT, BARRY WARE,** to be electronically filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division via the CM/ECF e-filing system which sent electronic notification of the filing the same day to the above-captioned persons and via personal hand-delivery before 5:00 p.m. on the 5th day of May, 2008.

/s/Yelena A. Dolgosheeva

Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W. *www.stanhilllaw.com*