UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 122 |
| v. | ) | |
| | ) | Judge Amy J. St. Eve |
| BARRY WARE, et al. | ) | |

**BILL OF PARTICULARS FOR CERTAIN PROPERTY
SUBJECT TO FORFEITURE**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files the following Bill of Particulars.

Through the violation of Title 21, United States Code, Section 846 as alleged in the Indictment, the United States seeks forfeiture of the following additional property pursuant to Title 21, United States Code, Section 853(a)(1) and (2):

(a)   one 1997 Lexus ES300, VIN JT8BF22G0V0033843 .

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/Terra Brown
TERRA BROWN
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-3148

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**BILL OF PARTICULARS FOR CERTAIN PROPERTY SUBJECT TO FORFEITURE**

was served on August 1, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


By:     s/Terra Brown
        TERRA BROWN
        Assistant United States Attorney
        219 South Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        (312) 353-3148